UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21371-CIV-O'SULLIVAN
[CONSENT]

GUSTAVO PANIAGUA and all others
similarly situated under 29 USC 216(B),
 Plaintiff,

v.

PICASSO TOWER, INC.,
FRANCISCO MARTINEZ-CELEIRO,
 Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING THE CASE WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE# 48, 1/8/2010) and the Court having conducted a hearing concerning the settlement.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide dispute as to the number of overtime hours worked as well as whether the administrative/executive employee exemption under the

FLSA applies.  The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (DE# 48, 1/8/2010)  is GRANTED and that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that this case be dismissed with prejudice and that the Court retain jurisdiction until February 26, 2010, to enforce the terms of the parties' Settlement Agreement.   This case is CLOSED.

**DONE AND ORDERED** in chambers at Miami, Florida this **15th** day of January, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record